UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 23-100 (SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Warren Briggs, | |
| Defendant. | |

___

Melinda A. Williams, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Brian Warren Briggs, 238 15 St. NE, Owatonna, MN 55060, pro se

___

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on a letter request for early termination of supervised release filed by Brian Warren Briggs [Doc. No. 4]. Defendant began his five-year term of supervision on August 12, 2022, and on April 7, 2023, jurisdiction was transferred from the District of North Dakota to the District of Minnesota. Mr. Briggs has complied with the rules and regulations of supervision, and neither the Probation Office nor the Government object to his request for early termination of supervision.

2

Accordingly, **IT IS HEREBY ORDERED that**:

1. Mr. Briggs' Pro Se Letter Request [Doc. No. 4] is **GRANTED**; and

2. Mr. Briggs is **DISCHARGED** from supervision and proceedings in this case are **TERMINATED**.

Dated: May 28, 2024                           s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Judge